■ Joseph T. Morwin, Respondent, v. Albany Hospital, Appellant.— Application for an order amending the decision of this court (7 A D 2d 582) handed down on the 23d day of April, 1959, to direct that no costs be awarded to the defendant-appellant. Application granted, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of Franklin Simpson, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.— Application by claimant-appellant for leave to appeal as a poor person and to submit a typewritten brief and appendix. Application granted. Present — Bergan, J. P., Coon, Gibson,. Herlihy and Reynolds, JJ.

■ The People of the State of New York, Respondent, v. Jerry Festa, Alias James Malloy, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 1, 1959 and is ready for argument at the September Term of this court, in which event the motion is denied. Motion for an extension of time for the argument of said appeal denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of Sally E. Amo, Respondent, against Empsall-Clark Company et al., Appellants. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, by stipulation, without costs, unless appellants perfect appeal, file note of issue and file and serve record and brief on or before July 1, 1959 and are ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Joyce Mikolasko, as Administratrix of the Estate of Robert Mikolasko, Deceased, Appellant, v. New York State Electric and Gas Corporation et al., Respondents.— Motion for reargument or, in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of Herbert A. Savage, Appellant, against James E. Allen, Jr., as Commissioner of Education of the State of New York, et al., Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York ex rel. Joseph Imbruglia, Appellant, against J. Vernel Jackson, as Warden of Clinton Prison, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of Shirley Thompson, Respondent, against John Scavo, Appellant.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Clarence D. Davis, Inc., Respondent, v. Chemung Canal Trust Company, Appellant.— Application for leave to add the appeal to the calendar of the June 1959 Term of this court. Application granted. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.